# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1344

_____

United States of America,                  *
                                            *
        Appellee,                        *
                                            *   Appeal from the United States
    v.                                      *   District Court for the
                                            *   Northern District of Iowa.
Jamie Urias, Jr., also known as            *
Valentin Medelez,                           *        [UNPUBLISHED]
                                            *
        Appellant.                       *

_____

Submitted:  December 3, 2002
Filed:   December 11, 2002

_____

Before McMILLIAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Jamie Urias, Jr., pleaded guilty to intentionally distributing 50 or more grams of a mixture containing methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B) (2000).  The District Court[1] sentenced him to the ten-year mandatory minimum term of imprisonment and eight years of supervised release.

_____

[1]The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

On appeal, counsel has filed a brief and moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the guilty plea was not taken in compliance with Federal Rule of Criminal Procedure 11 because Urias was not adequately informed of the statutory mandatory minimum sentence. Having carefully reviewed the plea transcript, we conclude there was no plain error because the magistrate judge[2] repeatedly informed Urias of the mandatory minimum and Urias indicated he understood it. <u>See</u> <u>United States v. Vonn</u>, 122 S. Ct. 1043, 1046 (2002). We have further reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues. Accordingly, we affirm. We also grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa.